The People of the State of New York ex rel. William Kennedy, Appellant, *v.* Frank A. O'Donnel et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

The People of the State of New York ex rel. William Kennedy, as Administrator of the Estate of John Kennedy, Deceased, Appellant, *v.* Frank A. O'Donnel et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Kennedy* v. *O'Donnel,* 133 App. Div. 237, 924, affirmed. (Submitted January 5, 1910; decided January 25, 1910.)

Appeal in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 4, 1909, which affirmed an order of Special Term dismissing a writ of certiorari and confirming an assessment for purposes of taxation.

*Artemas B. Smith* for appellants.

*Archibald R. Watson, Corporation Counsel (Curtis A. Peters* and *George H. Folwell* of counsel), for respondents.

Orders affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Vann, Werner, Willard Bartlett, Hiscock and Chase, JJ. Absent: Edward T. Bartlett, J.